IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG,<br><br>Plaintiffs,<br><br>v.<br><br>ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICAL, LLLP,<br><br>Defendants. | Civil Action No. _____ |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Celgene Corporation discloses that it has no parent corporation and that no publicly held company owns 10% or more of Celgene Corporation's stock, except Fidelity Management & Research holds approximately 15% of its stock.

OF COUNSEL:

Anthony M. Insogna
Lester J. Savit
JONES DAY
12750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
(858) 314-1200

F. Dominic Cerrito
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

Dated: December 6, 2006
765763

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Celgene Corporation*