UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA A.G., <br><br> Plaintiffs <br> v. <br><br> ABRIKA PHARMACEUTICALS, INC., and ABRIKA PHARMACEUTICAL, LLLP, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No.1:06-cv-00741-UNA ) ) ) ) ) ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Abrika Pharmaceuticals, Inc. and Abrika Pharmaceutical, LLLP certifies that neither Abrika Pharmaceuticals, Inc., a Delaware corporation, nor Abrika Pharmaceutical, LLLP, a Florida limited liability limited partnership, has a parent corporation. No publicly held corporation owns 10 percent or more of the stock of either Abrika Pharmaceuticals, Inc. or Abrika Pharmaceutical, LLLP.

/s/ Andre G. Bouchard
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
John M. Seaman (#3868) [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
*Attorneys for Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceutical, LLLP*

{BMF-W0033855.}

OF COUNSEL:

James D. Veltrop
Jonathan A. Harris
Chad A. Landmon
Jo-Anne M. Kokoski
AXINN, VELTROP &
 HARKRIDER LLP
90 State House Square
Hartford, CT  06103-3702
(860) 275-8100

Dated:   December 8, 2006

## CERTIFICATE OF SERVICE

I, Andre G. Bouchard, hereby certify that on December 8, 2006, I caused to be electronically filed a true and correct copy of the notice of the foregoing document –***Defendants' Rule 7.1 Disclosure Statement*** with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon
>1313 N. Market Street
>Wilmington, DE 19801
>*provner@potteranderson.com*

I further certify that on December 8, 2006, I caused copies of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants.

Anthony M. Insogna, Esquire
Lester J. Savit, Esquire
Nicholas N. Kallas, Esquire
12750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
*aminsogna@jonesday.com*
*ljsavit@jonesday.com*

F. Dominic Cerrito, Esquire
Jones Day
222 East 41st Street
New York, NY 10017-6702
*fdcerrito@jonesday.com*

Robert L. Baechtold, Esquire
Henry J. Renk, Esquire
Jones Day
Fitzpatrick, Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
*rbaechtold@fchs.com*
*hrenk@fchs.com*
*nkallas@fchs.com*

>    /s/ Andre G. Bouchard
> Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> (302) 573-3500
> *Attorneys for Defendants Abrika Pharmaceuticals, Inc.*
> *and Abrika Pharmaceutical, LLLP*

{BMF-W0033844.}