IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA A.G., <br><br> Plaintiffs <br><br> v. <br><br> ABRIKA PHARMACEUTICALS, INC., and ABRIKA PHARMACEUTICAL, LLLP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-741  (SLR) ) ) ) ) ) ) |

### DEFENDANTS' MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE OF JAMES D. VELTROP

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceutical, LLLP: James D. Veltrop, Axinn, Veltrop & Harkrider, LLP, 90 State House Square, Hartford, CT 06103-3702, 860.275.8100. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

James D. Veltrop
Jonathan A. Harris
Chad A. Landmon
Jo-Anne M. Kokoski
AXINN, VELTROP &
  HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
(860) 275-8100

DATED: December 14, 2006

/s/ John M. Seaman
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
John M. Seaman (#3868) [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500

*Attorneys for Defendants Abrika Pharmaceuticals, Inc.
 and Abrika Pharmaceutical, LLLP*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of December, 2006, that counsel's motion for admission *pro hac vice* is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of Connecticut, Maryland and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
James D. Veltrop
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
860.275.8100

Dated: December 14, 2006

2

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on December 14, 2006, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Motion and Order for Admission Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Philip A. Rovner, Esquire
>Potter Anderson & Corroon
>1313 N. Market Street
>Wilmington, DE 19801
>*provner@potteranderson.com*

I further certify that on December 14, 2006, I caused copies of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants.

Anthony M. Insogna, Esquire
Lester J. Savit, Esquire
JONES DAY
2750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
858.314.1200
*aminsogna@jonesday.com*
*ljsavit@jonesday.com*
*nnkallas@jonesday.com*

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, New York 10017-6702
*fdcerrito@jonesday.com*

Robert L. Baechtold, Esquire
Henry J. Renk, Esquire
Nicholas N. Kallas, Esquire
FITZPATRICK, CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
*rbaechtold@fchs.com*
*hrenk@fchs.com*
*nkallas@fchs.com*

_____
John M. Seaman (#3868) [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302.573.3500
*Attorneys for Defendants Abrika Pharmaceuticals, Inc.
 and Abrika Pharmaceutical, LLLP*