IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-741-SLR |
| v. | ) ) ) | |
| ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICAL, LLLP, | ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' ANSWER AND COUNTERCLAIMS OR, ALTERNATIVELY, TO STAY THE PROCEEDINGS

Plaintiffs Celgene Corporation, Novartis Pharmaceuticals Corporation and Novartis Pharma AG ("Plaintiffs") hereby move this Court for entry of an Order, pursuant to Federal Rule of Civil Procedure 12(f), striking Defendants Abrika Pharmaceutiucals, Inc.'s and Abrika Pharmaceutical, LLLP's ("Abrika") Answer and Counterclaims or, alternatively, to stay the proceedings. The grounds upon which Plaintiffs make this motion are set forth in Plaintiffs' opening brief in support of their motion, filed contemporaneously herewith.

A proposed Order is attached hereto as Exhibit A.

OF COUNSEL:

Anthony M. Insogna
Lester J. Savit
JONES DAY
12750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
(858) 314-1200

F. Dominic Cerrito
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

*Attorneys for Plaintiff Celgene Corporation*

Robert L. Baechtold
Henry J. Renk
Nicholas N. Kallas
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
(212) 218-2100

*Attorneys for Plaintiffs Novartis
Pharmaceuticals Corporation
and Novartis Pharma AG*

Dated: December 28, 2006
769653

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on December 28, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

768868

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG, <br><br> Plaintiffs, <br><br> v. <br><br> ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICAL, LLLP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C. A. No. 06-741-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

WHEREAS, Plaintiffs Celgene Corporation, Novartis Pharmaceuticals Corporation and Novartis Pharma AG ("Plaintiffs") hereby move this Court for entry of an Order, pursuant to Federal Rule of Civil Procedure 12(f), striking Defendants Abrika Pharmaceuticals, Inc.'s and Abrika Pharmaceutical, LLLP's Answer and Counterclaims or, alternatively, to stay the proceedings.

WHEREAS, the Court has considered the parties' positions and arguments with respect to the motion, and finds that Plaintiffs are entitled to the relief they seek.

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED and Defendants Abrika Pharmaceuticals, Inc.'s and Abrika Pharmaceutical, LLLP's Answer and Counterclaim is stricken without prejudice.

Dated: _____          _____
                                         United States District Judge

769689