IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG, <br><br> Plaintiffs, <br><br> v. <br><br> ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICAL, LLLP, <br><br> Defendants | ) ) ) ) ) C. A. No. 06-741-SLR ) ) ) ) ) ) ) ) ) ) |

## SUPPLEMENTAL DECLARATION OF LESTER J. SAVIT

OF COUNSEL:

Anthony M. Insogna
Lester J. Savit
JONES DAY
12750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
(858) 314-1200

F. Dominic Cerrito
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

*Attorneys for Plaintiff Celgene Corporation*

Robert L. Baechtold
Henry J. Renk
Nicholas N. Kallas
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
(212) 218-2100

*Attorneys for Plaintiffs Novartis Pharmaceuticals Corporation and Novartis Pharma AG*
Dated: January 17, 2007

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICAL, LLLP,<br><br>　　　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:06-cv-741-SLR<br><br>**SUPPLEMENTAL DECLARATION**<br>**OF LESTER J. SAVIT, ESQ.** |

I, Lester J. Savit, hereby declare as follows:

1. I am an attorney and partner with the law firm of Jones Day. My offices are located at 3 Park Plaza, Suite 1100, Irvine, California 92614-8505, and 12750 High Bluff Drive, Suite 300, San Diego, California 92130-2083.

2. I have personal knowledge of the facts stated herein, unless otherwise indicated.

3. Attached hereto are true and correct copies of the following documents:

Exhibit C:   Order, in the case of *Abbott Laboratories v. Andrx Pharmaceuticals, L.L.C.*, Case No. 3:00CV239 (E.D. Va. June 7, 2000), granting plaintiff's motion to stay proceedings pending resolution of personal jurisdiction over defendant in Northern District of Illinois.

Exhibit D:   Order, in the case of *Abbott Laboratories v. Andrx Corp., et al.* (Case No. 00-6520-CIV) (S.D. Fla. July 10, 2000), granting plaintiff's motion to stay proceedings pending resolution of personal jurisdiction over defendants in Northern District of Illinois.

Exhibit E:   Letter dated January 5, 2007, from counsel for Abrika to the United States District Court for the District of New Jersey, requesting an extension of

time to answer or respond to plaintiffs' complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 17, 2007

*[signature]*

Lester J. Savit

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| ABBOTT LABORATORIES | |
|---|---|
| Plaintiff. | |
| v. | Civil Action Number 3:00CV239 |
| ANDRX PHARMACEUTICALS, L.L.C. | |
| Defendant. | |

FILED JUN - 7 2000
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

### ORDER

THIS MATTER is before the Court on a Motion to Stay brought by Plaintiff ABBOTT LABORATORIES. For the reasons stated from the bench, the Motion is GRANTED. All judicial proceedings in this case are hereby STAYED pending the decision of the United States District Court for the Northern District of Illinois on the Motion to Dismiss pending in that parallel case.

Let the Clerk send a copy of this Order to all counsel of record.

And it is SO ORDERED.

_/s/ James R. Spencer_
UNITED STATES DISTRICT JUDGE

JUN 7 2000
_____
DATE

# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6520-CIV-HIGHSMITH

ABBOTT LABORATORIES,

    Plaintiff,

v.

ANDRX CORP., ANDRX PHARMACEUTICALS, INC., and ANDRX PHARMACEUTICALS, LLC,

    Defendants.
_____/

FILED by _____ D.C.

JUL 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MINUTE ORDER

This cause came before the Court for status conference on July 10, 2000. At that conference, the Court heard from the parties and, upon due consideration, made the following rulings:

    (1) Plaintiff's motion to stay is GRANTED;

    (2) this action is STAYED for thirty days;

    (3) the parties shall notify the Court immediately upon Judge Hibbler's ruling upon Defendants' motion to dismiss the parallel action pending in the United States District for the Northen District of Illinois; and

    (4) James Daly is GRANTED permission to appear pro hac vice in this action.

Said rulings are hereby committed to the record in this case.

It is further ORDERED that this cause is set for a second status conference on Friday August 11, 2000 at 9:00 a.m. Counsel shall confer and submit directly to Chambers a supplemental status

Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

report five days prior to the status conference.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of July, 2000.

*(signature)*
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc: John O'Sullivan
David Goodwin
James Daly
Eric Isicoff

# EXHIBIT E

# SHAPIRO & CROLAND
### COUNSELLORS AT LAW
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

BARRY I. CROLAND, P.C.*
ROBERT P. SHAPIRO, P.C.*
SUSAN W. SHAPIRO (1945-1990)
BARRY L. BAIME
KENNETH S. APFEL, P.C.*
BRUCE J. ACKERMAN, P.C.***
STUART REISER, P.C.**
JOHN P. DI IORIO*
JAY RUBENSTEIN*
MERIDITH J. BRONSON°
DAVID O. MARCUS*
ROBERT F. GREEN*
LIZABETH CROLAND SARAKIN
DAVID TORCHIN, P.C.**
N. ARI WEISBROT*
VICTORIA R. PEKERMAN**
TARA SCHILLARI RICH
ALEXANDER G. BENISATTO*
SETH M. GOLLIN*
BRIAN C. MARTEL*
I. NATHANIEL LIFSCHITZ*

CONTINENTAL PLAZA II
411 HACKENSACK AVENUE
HACKENSACK, N.J. 07601
(201) 488-3900
TELECOPIER (201) 488-9481
WEBSITE: WWW.SHAPIRO-CROLAND.COM

OF COUNSEL:
HARVEY R. SORKOW

DONALD R. SORKOW
(1930-1995)
KENNETH S. GOLDRICH
(1951-2004)

+CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY
°CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
MATRIMONIAL LAW ATTORNEY
*MEMBER OF N.J. & N.Y. BAR
**MEMBER OF N.J. & PA BAR
***MEMBER OF N.J., N.Y & FL BAR

January 5, 2007

**VIA ELECTRONIC FILING**
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102
Att: Clerk's Office

Re: Celgene Corporation, Novartis Pharmaceuticals Corporation and Novartis Pharma AG vs. Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLP
<u>Civil Case No. 06-CV-5818 (SDW)</u>

Dear Sir/Madam:

We represent the Defendants, Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLP in the above captioned matter and write pursuant to L. Civ. R. 6.1(b) to request that Defendants time within which to answer or reply be extended for a period of fifteen (15) days. The Complaint in this matter was filed on December 4, 2006, and was served on Defendants on December 18, 2006. A copy of the Summons showing date of service is annexed hereto as Exhibit "A". Defendants' time to answer or otherwise plead expires on January 8, 2007 and we hereby request that Defendants' time to answer be automatically extended until **January 23, 2007**. This is Defendants' first request for an extension of time to answer or otherwise plead.

United States District Court
January 5, 2007
Page 2

Thank you for your attention to this matter.

Very truly yours,

*Victoria Pekerman*
Victoria Pekerman

VRP:rl
Encl.
Cc:   William J. O'Shaughnessy, Esq.
      Charles Michael Lizza, Esq.
      Jonathan Harris, Esq.

58216-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 17, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on January 17, 2007 I have sent the foregoing document by E-mail to the following non-registered participants in the manner indicated:

James D. Veltrop, Esq.
Jonathan A. Harris, Esq.
Chad A. Landmon, Esq.
Jo-Anne M. Kokoski, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
jdv@avhlaw.com; jah@avhlaw.com;
cal@avhlaw.com; jmk@avhlaw.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

768868