UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA A.G., <br><br> Plaintiffs, <br><br> v. <br><br> ABRIKA PHARMACEUTICALS, INC., and ABRIKA LLLP, <br><br> Defendants. | Civil Action No. 06-741 (SLR) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A
SUR-REPLY BRIEF OR, IN THE ALTERNATIVE, FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.2.(c), defendants Abrika Pharmaceuticals, Inc. and Abrika LLLP ("Abrika") respectfully request leave to file a short sur-reply brief to correct the record based on subsequent developments and to address plaintiffs' reliance, for the first time in their reply brief, on unpublished orders entered in the Abbott Laboratories v. Andrx cases. Specifically, plaintiffs' assertion that Abrika has not challenged jurisdiction in New Jersey, and may never do so, is inaccurate. Abrika filed its motion to dismiss for lack of personal jurisdiction in New Jersey on January 19, 2007, and expects to prevail on that motion. Further, plaintiffs' argument that New Jersey is a more convenient forum than Delaware is a red herring. Plaintiffs, not Abrika, chose to sue in this forum. Abrika, moreover, does not, contest that plaintiffs may file a protective action. Abrika simply argues, and the law makes clear, that plaintiffs cannot then be permitted to choose which action will proceed.

Alternatively, pursuant to Local Rule 7.1.4., Abrika submits that oral argument on plaintiffs' stay motion would narrow the issues for the Court and help clarify the interplay between the Hatch-Waxman Act and plaintiffs' "protective measure" claims.

## CONCLUSION

For the foregoing reasons, defendants respectfully submit that the Court should grant Abrika's Motion for Leave to File a Sur-Reply Brief or, in the Alternative, for Oral Argument.

January 22, 2007                             By: /s/ John M. Seaman
                                             Andre G. Bouchard (Bar No. 2054)
                                             John M. Seaman (Bar No. 3868)
                                             BOUCHARD MARGULES & FRIEDLANDER, P.A.
                                             222 Delaware Avenue, Suite 1400
                                             Wilmington, DE 19801
                                             Phone: (302) 573-3508
                                             Fax: (302) 573-3501

OF COUNSEL:

James D. Veltrop (*pro hac vice*)
Jonathan A. Harris(*pro hac vice*)
Chad A. Landmon (*pro hac vice*)
Jo-Anne M. Kokoski (*pro hac vice*)
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Fax: (860) 275-8101

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA A.G.,<br><br>Plaintiffs,<br>v.<br><br>ABRIKA PHARMACEUTICALS, INC., and ABRIKA LLLP,<br><br>Defendants. | Civil Action No. 06-741 (SLR) |

## ORDER GRANTING LEAVE TO FILE SUR-REPLY

Upon the motion of defendants Abrika Pharmaceuticals, Inc. and Abrika LLLP ("Abrika") to file a sur-reply brief pursuant to Local Rule 7.1.2.(c),

IT IS HEREBY ORDERED this _____ day of January, 2007, that Abrika's motion to file a sur-reply brief is hereby GRANTED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2007, I caused to be served a copy of the **Defendants' Motion for Leave to File a Sur-Reply Brief, or in the Alternative, for Oral Argument** upon the following counsel via CM/ECF:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon
> 1313 N. Market Street
> Wilmington, DE 19801
> provner@potteranderson.com

I further certify that on January 22, 2007, I caused copies of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants.

Anthony M. Insogna, Esquire
Lester J. Savit, Esquire
JONES DAY
2750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
858.314.1200
*aminsogna@jonesday.com*
*ljsavit@jonesday.com*
*nnkallas@jonesday.com*

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, New York 10017-6702
*fdcerrito@jonesday.com*

Robert L. Baechtold, Esquire
Henry J. Renk, Esquire
Nicholas N. Kallas, Esquire
FITZPATRICK, CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
*rbaechtold@fchs.com*
*hrenk@fchs.com*
*nkallas@fchs.com*

_____
John M. Seaman (#3868)

{BMF-W0037664.}