**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG, <br><br> Plaintiffs, <br><br> v. <br><br> ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICAL, LLLP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-741-SLR |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE
A SUR-REPLY OR FOR ORAL ARGUMENT**

Defendants' motion for leave to file a *fourth* brief in this Court on plaintiffs' pending motion to strike or stay should be denied. Defendants previously indicated in the briefing that they would file a jurisdictional motion in New Jersey. They have now done so and, by virtue of their motion seeking leave, so informed this Court. No additional discussion or argument on this point is needed.

The only other basis stated for additional briefing is plaintiffs' citation to unpublished orders in the *Abbott Laboratories v. Andrx* cases. Plaintiffs' original moving papers cited case law establishing that a first-filed action takes priority even when the plaintiff files a second-filed protective action in another venue. Defendants criticized plaintiffs' cases because the underlying cause of action in those cases was not a Hatch-Waxman patent infringement claim. In reply, plaintiffs identified Hatch-Waxman cases in which priority was given to the first-filed action and the second action was stayed. Defendants' desire to have the last word on this issue does not justify further briefing.

Finally, as an alternative to additional written briefing, defendants seek oral argument on plaintiffs' motion. However, plaintiffs submit that the briefs already on file are more than sufficient to resolve the motion. No oral argument is needed.

Defendants' motion for leave to file a sur-reply or for oral argument should be denied.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Anthony M. Insogna
Lester J. Savit
JONES DAY
12750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
(858) 314-1200

F. Dominic Cerrito
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

*Attorneys for Plaintiff Celgene Corporation*

Robert L. Baechtold
Henry J. Renk
Nicholas N. Kallas
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
(212) 218-2100

*Attorneys for Plaintiffs Novartis Pharmaceuticals Corporation
and Novartis Pharma AG*

Dated: January 23, 2007

774000

By: /s/ Philip A. Rovner
     Philip A. Rovner (#3215)
     Hercules Plaza
     P. O. Box 951
     Wilmington, Delaware 19899
     (302) 984-6000
     provner@potteranderson.com

*Attorneys for Plaintiffs*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 23, 2007, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as indicated;

and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on January 23, 2007 I have sent the foregoing document by

E-mail to the following non-registered participants in the manner indicated:

James D. Veltrop, Esq.
Jonathan A. Harris, Esq.
Chad A. Landmon, Esq.
Jo-Anne M. Kokoski, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
jdv@avhlaw.com; jah@avhlaw.com;
cal@avhlaw.com; jmk@avhlaw.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

768868