IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA A.G., <br><br> Plaintiffs, <br><br> v. <br><br> ABRIKA PHARMACEUTICALS, INC., and ABRIKA PHARMACEUTICALS, LLLP, <br><br> Defendants. | Civil Action No. 06-741 (SLR) |

## DEFENDANTS' MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF JOHN WILL ONGMAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceutical, LLLP: John Will Ongman, Esq. of Axinn, Veltrop & Harkrider LLP, 1801 K Street, Suite 411, Washington, DC 20006, 202.912.4700. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

James D. Veltrop, Esq.
Jonathan A. Harris, Esq.
Chad A. Landmon, Esq.
Jo-Anne M. Kokoski, Esq.
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
Tel: 860.275.8100
Fax: 860.275.8101

/s/ John M. Seaman
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
John M. Seaman (#3868) [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302.573.3500

*Attorneys for Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLLP*

OF COUNSEL:

John Will Ongman, Esq.
AXINN, VELTROP &
HARKRIDER LLP
1801 K Street, NW
Suite 411
Washington, DC 20006
Tel: 202.912.4700
Fax: 202.912.4701

DATED: January 30, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of January, 2007, that counsel's motion for admission *pro hac vice* is GRANTED.

_____
United State District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and the States of New York and Illinois. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
John Will Ongman, Esq.
Axinn, Veltrop & Harkrider LLP
1801 K Street, NW, Suite 411
Washington, DC 20006
Tel: 202.912.4700
Fax: 202.912.4701

Dated: January 29, 2007

{BMF-W0040499.}NYDOCS:28764.1

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on January 29, 2007, I caused to be electronically filed a true and correct copy of the notice of the foregoing Motion and Order for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsels of record:

> Philip A. Rovner, Esq.
> Potter Anderson & Corroon
> 1313 N. Market Street
> Wilmington, DE 19801
> provner@potteranderson.com

I further certify that on January 29, 2007, I caused copies of the forgoing document to be served by e-mail on the above –listed counsel and on the following non-registered participants.

Anthony M. Insogna, Esquire
Lester J. Savit, Esquire
JONES DAY
2750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
aminsogna@jonesday.com
ljsavit@jonesday.com

Robert L. Baechtold, Esquire
Henry J. Renk, Esquire
Nicholas N. Kallas, Esquire
FITZPATRICK, CELLA HARTER & SCINTO
30 Rockefella Plaza
New York, NY 10112
rbaechtold@fchs.com
hrenk@fchs.com
nkallas@fchs.com

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, NY 10017-6702
fdcerrito@jonesday.com

John M. Seaman (#3868) [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302.573.3500
*Attorneys for Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLLP*