**THIS DOCUMENT IS UNDER SEAL**