IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA A.G.,<br><br>Plaintiffs,<br>v.<br>ABRIKA PHARMACEUTICALS, INC., and ABRIKA PHARMACEUTICALS, LLLP,<br><br>Defendants. | Civil Action No. 06-741 (SLR) |

**NOTICE OF SERVICE
OF DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

PLEASE TAKE NOTICE that counsel for defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLP ("Defendants" or "Abrika"), caused **Defendants' Rule 26(a)(1) Initial Disclosures** to be served on the following in the manner indicated:

**By Hand and Email**

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Wilmington, DE 19801
provner@potteranderson.com

**By U.S. Mail and Email**

Anthony M. Insogna, Esquire
Lester J. Savit, Esquire
JONES DAY
2750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
aminsogna@jonesday.com ljsavit@jonesday.com

**By U.S. Mail and Email**

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, NY 10017-6702
fdcerrito@jonesday.com

**By U.S. Mail and Email**

Robert L. Baechtold, Esquire
Henry J. Renk, Esquire
Nicholas N. Kallas, Esquire
FITZPATRICK, CELLA HARTER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
rbaechtold@fchs.com
hrenk@fchs.com
nkallas@fchs.com

Dated: March 27, 2007

By: /s/ John M. Seaman
Andre G. Bouchard (Bar No. 2054)
John M. Seaman (Bar No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Phone: 302.573.3508
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLLP*

OF COUNSEL:

James D. Veltrop
Jonathan A. Harris
Chad A. Landmon
Jo-Anne M. Kokoski
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: 860.275.8100
jmk@avhlaw.com
jah@avhlaw.com
cal@avhlaw.com
jmk@avhlaw.com

John Will Ongman
AXINN VELTROP & HARKRIDER LLP
1801 K Street, NW
Suite 411
Washington, DC 20006
Phone: 202.912.4700
jwo@avhlaw.com

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on March 27, 2007, I caused to be electronically filed a true and correct copy of the notice of the foregoing **Notice of Service of Defendants' Rule 26(a)(1) Initial Disclosures** with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Philip A. Rovner, Esquire
Potter Anderson & Corroon
1313 N. Market Street
Wilmington, DE 19801
provner@potteranderson.com

I further certify that on March 27, 2007, I caused copies of the forgoing document to be served by e-mail and U.S. Mail on the following non-registered participants.

Anthony M. Insogna, Esquire
Lester J. Savit, Esquire
JONES DAY
2750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
aminsogna@jonesday.com
ljsavit@jonesday.com

Robert L. Baechtold, Esquire
Henry J. Renk, Esquire
Nicholas N. Kallas, Esquire
FITZPATRICK, CELLA HARTER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
rbaechtold@fchs.com
hrenk@fchs.com
nkallas@fchs.com

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, NY 10017-6702
fdcerrito@jonesday.com

/s/ John M. Seaman
John M. Seaman (Bar No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Phone: 302.573.3500
jseaman@bmf-law.com
*Attorneys for Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLLP*