## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CELGENE CORPORATION, NOVARTIS )
PHARMACEUTICALS CORPORATION and )
NOVARTIS PHARMA A.G., )
)
                                 )   Civil Action No. 06-741 (SLR)
     Plaintiffs, )
                 v. )
ABRIKA PHARMACEUTICALS, INC., and )
ABRIKA PHARMACEUTICALS, LLLP, )
)
     Defendants. )

## NOTICE OF SERVICE OF DEFENDANTS' FIRST REQUEST
## FOR PRODUCTION OF DOCUMENTS AND THINGS

PLEASE TAKE NOTICE that counsel for defendants Abrika Pharmaceuticals,

Inc. and Abrika Pharmaceuticals, LLP ("Defendants" or "Abrika"), caused **Defendants'**

**First Request for Production of Documents and Things** to be served on the following

in the manner indicated:

| **By Hand and Email** | **By U.S. Mail and Email** |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Wilmington, DE 19801<br>provner@potteranderson.com | Anthony M. Insogna, Esquire<br>Lester J. Savit, Esquire<br>JONES DAY<br>2750 High Bluff Drive, Suite 300<br>San Diego, CA 92130-2083<br>aminsogna@jonesday.comljsavit@jonesday.com |
| **By U.S. Mail and Email** | **By U.S. Mail and Email** |
| F. Dominic Cerrito, Esquire<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017-6702<br>fdcerrito@jonesday.com | Robert L. Baechtold, Esquire<br>Henry J. Renk, Esquire<br>Nicholas N. Kallas, Esquire<br>FITZPATRICK, CELLA HARTER & SCINTO<br>30 Rockefeller Plaza<br>New York, NY 10112<br>rbaechtold@fchs.com<br>hrenk@fchs.com<br>nkallas@fchs.com |

Dated: March 27, 2007          By: _____

Andre G. Bouchard (Bar No. 2054)
John M. Seaman (Bar No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
Phone: 302.573.3508
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendants Abrika Pharmaceuticals, Inc.
and Abrika Pharmaceuticals, LLLP*

OF COUNSEL:

James D. Veltrop
Jonathan A. Harris
Chad A. Landmon
Jo-Anne M. Kokoski
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: 860.275.8100
jmk@avhlaw.com
jah@avhlaw.com
cal@avhlaw.com
jmk@avhlaw.com

John Will Ongman
AXINN VELTROP & HARKRIDER LLP
1801 K Street, NW
Suite 411
Washington, DC 20006
Phone: 202.912.4700
jwo@avhlaw.com

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on March 27, 2007, I caused to be

electronically filed a true and correct copy of the notice of the foregoing **Notice of**

**Service of Defendants' First Request for Production of Documents and Things** with

the Clerk of Court using CM/ECF which will send notification of such filing to the

following counsel of record:

Philip A. Rovner, Esquire
Potter Anderson & Corroon
1313 N. Market Street
Wilmington, DE 19801
provner@potteranderson.com

I further certify that on March 27, 2007, I caused copies of the forgoing document

to be served by e-mail and U.S. Mail on the following non-registered participants.

Anthony M. Insogna, Esquire
Lester J. Savit, Esquire
JONES DAY
2750 High Bluff Drive, Suite 300
San Diego, CA 92130-2083
aminsogna@jonesday.com
ljsavit@jonesday.com

Robert L. Baechtold, Esquire
Henry J. Renk, Esquire
Nicholas N. Kallas, Esquire
FITZPATRICK, CELLA HARTER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
rbaechtold@fchs.com
hrenk@fchs.com
nkallas@fchs.com

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, NY 10017-6702
fdcerrito@jonesday.com

John M. Seaman (Bar No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Phone: 302.573.3500
jseaman@bmf-law.com
*Attorneys for Defendants Abrika Pharmaceuticals, Inc.*
*and Abrika Pharmaceuticals, LLLP*