# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CELGENE CORPORATION, NOVARTIS )
PHARMACEUTICALS CORPORATION and )
NOVARTIS PHARMA A.G., )
)
      Plaintiffs, )
)
          v. )
ABRIKA PHARMACEUTICALS, INC., and )
ABRIKA PHARMACEUTICALS, LLLP, )
)
      Defendants. )

Civil Action No. 06-741 (SLR)

## DEFENDANTS' MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE OF ALASTAIR J.M FINDEIS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves

the admission *pro hac vice* of the following attorney to represent defendants Abrika

Pharmaceuticals, Inc. and Abrika Pharmaceutical, LLLP:  Alastair J.M. Findeis, Esq. of

Axinn, Veltrop & Harkrider LLP, 1801 K Street, Suite 411, Washington, DC  20006,

202.912.4700.  Payment in the amount of $25.00 has been submitted to the Clerk's office

upon the filing of this motion.

Dated: March 28, 2007

By: _____

Andre G. Bouchard (Bar No. 2054)
John M. Seaman (Bar No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
Phone: 302.573.3508
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendants Abrika Pharmaceuticals, Inc.*
*and Abrika Pharmaceuticals, LLLP*

OF COUNSEL:

Jonathan A. Harris
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: 860.275.8100
jah@avhlaw.com

John Will Ongman
Alastair J.M. Findeis
AXINN VELTROP & HARKRIDER LLP
1801 K Street, NW, Suite 411
Washington, DC 20006
Phone: 202.912.4700
jwo@avhlaw.com
ajmf@avhlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____ , 2007, that

counsel's motion for admission *pro hac vice* is GRANTED.

_____
United State District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to

this Court and am admitted, practicing and in good standing as a member of the Bars of

the District of Columbia and the State of New York.  Pursuant to Local Rule 83.6, I

submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the

preparation or course of this action.  I also certify that I am generally familiar with this

Court's Local Rules.

_Alastair Findeis_

Alastair J.M. Findeis, Esq.
AXINN VELTROP & HARKRIDER LLP
1801 K Street, NW, Suite 411
Washington, DC  20006
Tel: 202.912.4700
ajmf@avhlaw.com

Dated:  March 28, 2007

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2007, I caused to be served a copy

of the **Defendants' Motion and Order for Admission Pro Hac Vice of Alastair J.M.**

**Findeis** upon the following counsel by CM/ECF:

Philip A. Rovner, Esquire
Potter Anderson & Corroon
1313 N. Market Street
Wilmington, DE 19801
provner@potteranderson.com

I further certify that on March 28, 2007, I caused copies of the foregoing

document to be served by e-mail on the following non-registered participants.

Anthony M. Insogna, Esquire
Lester J. Savit, Esquire
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130
858.314.1200
*aminsogna@jonesday.com*
*ljsavit@jonesday.com*
*nnkallas@jonesday.com*

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, New York 10017-6702
*fdcerrito@jonesday.com*

Robert L. Baechtold, Esquire
Henry J. Renk, Esquire
Nicholas N. Kallas, Esquire
FITZPATRICK, CELLA HARPER &
SCINTO
30 Rockefeller Plaza
New York, NY 10112
*rbaechtold@fchs.com*
*hrenk@fchs.com*
*nkallas@fchs.com*

John M. Seaman (Bar No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Phone: 302.573.3500
jseaman@bmf-law.com
*Attorneys for Defendants Abrika Pharmaceuticals, Inc.*
*and Abrika Pharmaceuticals, LLLP*

{BMF-W0047876.}