IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG, <br><br> Plaintiffs, <br><br> v. <br><br> ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICALS, LLLP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-741-SLR |

**PLAINTIFFS' MOTION TO STRIKE AND DISMISS DEFENDANTS' INEQUITABLE CONDUCT ALLEGATIONS AS FAILING TO MEET THE PARTICULARITY STANDARDS OF RULE 9(b), F.R.Civ.P.**

Plaintiffs Celgene Corporation ("Celgene"), Novartis Pharmaceuticals Corporation and Novartis Pharma AG (jointly "Novartis") move this Court, in accordance with F. R. Civ. P. 12(f) and 12(b)(6), to strike, in its entirety, Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLLP's (jointly "Abrika") Second Affirmative Defense and to dismiss portions of Defendants' Counterclaims that assert that the patents-in-suit are unenforceable. Plaintiffs' motion is based on the accompanying Opening Brief in Support of Plaintiffs' Motion to Strike and Dismiss Defendants' Inequitable Conduct Allegations as Failing to Meet the Particularity Standards of Rule 9(b), F.R.Civ.P., and upon the papers, records, and pleadings on file with this Court in this case.

OF COUNSEL:

Anthony M. Insogna
Lester J. Savit
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130
(858) 314-1200

F. Dominic Cerrito
JONES DAY
222 East 41st Street
New York, NY  10017-6702
 (212) 326-3939

*Attorneys for Plaintiff Celgene Corporation*

Robert L. Baechtold
Henry J. Renk
Nicholas N. Kallas
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100

*Attorneys for Plaintiffs
Novartis Pharmaceuticals Corporation and
Novartis Pharma AG*


Dated:  April 11, 2007
788699

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner  (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 11, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on April 11, 2007 I have sent the foregoing document by E-mail to the following non-registered participants in the manner indicated:

| | |
|---|---|
| Jonathan A. Harris, Esq. | John Will Ongman, Esq. |
| Chad A. Landmon, Esq. | Axinn, Veltrop & Harkrider LLP |
| Jo-Anne M. Kokoski, Esq. | 1801 K Street |
| Axinn, Veltrop & Harkrider LLP | Suite 411 |
| 90 State House Square | Washington, DC 20006-1322 |
| Hartford, CT 06103 | jwo@avhlaw.com |
| jah@avhlaw.com; | |
| cal@avhlaw.com; jmk@avhlaw.com | |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

768868