IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICALS, LLLP,<br><br>　　　　Defendant. | Civil Action No. 06-741-SLR |

**PLAINTIFFS' REPLY TO THE COUNTERCLAIMS OF DEFENDANTS ABRIKA PHARMACEUTICALS, INC. AND ABRIKA PHARMACEUTICAL, LLLP**

Plaintiffs Celgene Corporation, Novartis Pharmaceuticals Corporation and Novartis Pharma AG (collectively, "plaintiffs"), by their undersigned counsel, and in reply to the counterclaims ("Counterclaims") of Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLLP (collectively, "defendants"), state as follows:

1. Admitted
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Plaintiffs reassert and incorporate their responses to paragraphs 1 through 5 above, as though fully set forth herein.
7. Admitted
8. Admitted.


...


9. Admitted

10. Plaintiffs refer to the '284 patents for what they state, and plaintiffs otherwise deny any remaining allegation or allegations of paragraph 10 of the Counterclaims.

11. Plaintiffs admit that plaintiffs maintain that defendants' methylphenidate hydrochloride extended-release capsules 20 mg, 30 mg, and 40 mg ("Abrika's Proposed Products") infringe the '284 patents and that the '284 patents are valid. Plaintiffs also admit that defendants deny that Abrika's Proposed Products infringe the '284 patents and that the '284 patents are valid. The remaining allegations contained in paragraph 11 of the Counterclaims are the subject of plaintiffs' pending motion to dismiss.

12. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 of the Counterclaims and, therefore, deny them.

13. Denied.

14. Denied.

15. The allegations contained in paragraph 15 of the Counterclaims are the subject of plaintiffs' pending motion to dismiss.

16. Plaintiffs admit that actual and justiciable controversies exist between plaintiffs and defendants regarding the infringement and validity of the '284 patents. The remaining allegations contained in paragraph 16 of the Counterclaims are the subject of plaintiffs' pending motion to dismiss.

17. Denied.

## PRAYER FOR RELIEF

Plaintiffs deny that defendants are entitled to any relief on the Counterclaims.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Anthony M. Insogna
Lester J. Savit
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130
(858) 314-1200

F. Dominic Cerrito
JONES DAY
222 East 41st Street
New York, NY  10017-6702
(212) 326-3939

*Attorneys for Plaintiff Celgene Corporation*

Robert L. Baechtold
Henry J. Renk
Nicholas N. Kallas
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100

*Attorneys for Plaintiffs
Novartis Pharmaceuticals Corporation and
Novartis Pharma AG*

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiffs*

Dated: April 11, 2007
788614

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 11, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on April 11, 2007 I have sent the foregoing document by E-mail to the following non-registered participants in the manner indicated:

Jonathan A. Harris, Esq.
Chad A. Landmon, Esq.
Jo-Anne M. Kokoski, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
jah@avhlaw.com;
cal@avhlaw.com; jmk@avhlaw.com

John Will Ongman, Esq.
Axinn, Veltrop & Harkrider LLP
1801 K Street
Suite 411
Washington, DC 20006-1322
jwo@avhlaw.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

768868