UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA A.G., )<br><br>Plaintiffs )<br>v. )<br><br>ABRIKA PHARMACEUTICALS, INC., and ABRIKA PHARMACEUTICAL, LLLP, )<br><br>Defendants. ) | Civil Action No. 06-741 (SLR) |

## DEFENDANTS' RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS

Andre G. Bouchard (Bar No. 2054)
John M. Seaman (Bar No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Phone: (302) 573-3508
Fax: (302) 573-3501

OF COUNSEL:

John Will Ongman (*pro hac vice*)
AXINN VELTROP & HARKRIDER LLP
1801 K Street, Suite 411
Washington, DC, 20006-1322
Phone: (202) 912-4700
Fax: (202) 912-4701

Jonathan A. Harris (*pro hac vice*)
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Fax: (860) 275-8101

*Attorneys for Defendants Abrika Pharmaceuticals, Inc.
and Abrika Pharmaceuticals, LLLP*

{BMF-W0051475.}

Pursuant to Fed. R. Civ. P. 12(c), defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceutical, LLLP (collectively "Abrika") respectfully request that the Court issue a judgment on the pleadings that defendants have not willfully infringed U.S. Patent No. 5,837,284 and U.S. Patent No. 6,635,284 (collectively, "the '284 patents").

As set out more fully in the Opening Brief accompanying this motion, Plaintiffs' Complaint alleges that Abrika's submission of Abbreviated New Drug Application ("ANDA") No. 78-458 constitutes infringement of the '284 patents and that such infringement is willful. However, both the Federal Circuit and this Court have made it clear that the mere filing of an ANDA cannot, as a matter of law, support a finding of willful infringement. Moreover, as recently as last year, the District of New Jersey dismissed plaintiffs' nearly identical willful infringement claims on identical facts. Plaintiffs have therefore failed to state a claim upon which relief can be granted and Abrika is entitled to a judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) that it has not willfully infringed the '284 patents

WHEREFORE, Abrika respectfully requests that the Court issue a judgment on the pleadings that defendants have not willfully infringed the '284 patents.

1

{BMF-W0051475.}

Dated: April 25, 2007        By: /s/ John M. Seaman

Andre G. Bouchard (Bar No. 2054)
John M. Seaman (Bar No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Phone: 302.573.3508
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals, LLLP*

OF COUNSEL:

John Will Ongman
AXINN VELTROP & HARKRIDER LLP
1801 K Street, NW
Suite 411
Washington, DC 20006
Phone: 202.912.4700
jwo@avhlaw.com

Jonathan A. Harris
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: 860.275.8100
jah@avhlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA A.G., <br><br> Plaintiffs <br> v. <br><br> ABRIKA PHARMACEUTICALS, INC., and ABRIKA PHARMACEUTICAL, LLLP, <br><br> Defendants. | Civil Action No. 06-741 (SLR) |

### ORDER

Upon consideration of Defendants' Rule 12(c) Motion for Judgment on the Pleadings, the Opening Brief in support of such motion and the opposition thereto, it is hereby ordered and decreed that said motion is GRANTED.

As the sole basis for plaintiffs' allegation of willful infringement of U.S. Patent No. 5,837,284 and U.S. Patent No. 6,635,284 (collectively, "the '284 patents") is defendants' submission of Abbreviated New Drug Application No. 78-458, and the mere filing of an ANDA cannot, as a matter of law, support a finding of willful infringement, the Court concludes that defendants have not willfully infringed the '284 patents.

IT IS SO ORDERED.

Dated: _____

_____
Sue L. Robinson, U.S.D.J.

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on April 25, 2007, I caused to be electronically filed a true and correct copy of the notice of the foregoing **Defendants' Rule 12(c) Motion for Judgment on the Pleadings** with the Clerk of Court by CM/ECF which will send notification of such filing to the following counsel of record:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon
> 1313 N. Market Street
> Wilmington, DE 19801
> *provner@potteranderson.com*

I further certify that on April 25, 2007, I caused copies of the foregoing document to be served by e-mail and by hand on the above-listed counsel and by e-mail and by U.S. Mail on the following non-registered participants.

| | |
|---|---|
| Anthony M. Insogna, Esquire<br>Lester J. Savit, Esquire<br>JONES DAY<br>12265 El Camino Real, Suite 200<br>San Diego, CA 92130<br>858.314.1200<br>*aminsogna@jonesday.com*<br>*ljsavit@jonesday.com*<br>*nnkallas@jonesday.com* | Robert L. Baechtold, Esquire<br>Henry J. Renk, Esquire<br>Nicholas N. Kallas, Esquire<br>FITZPATRICK, CELLA HARPER & SCINTO<br>30 Rockefeller Plaza<br>New York, NY 10112<br>*rbaechtold@fchs.com*<br>*hrenk@fchs.com*<br>*nkallas@fchs.com* |

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, New York 10017-6702
*fdcerrito@jonesday.com*

/s/ John M. Seaman
John M. Seaman (#3868) [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302.573.3500
*Attorneys for Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceutical, LLLP*

{BMF-W0051480.}