IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG, | ) ) ) ) | Civil Action No. 06-741-SLR |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICALS, LLLP, | ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF PHILIP A. ROVNER IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STRIKE AND DISMISS DEFENDANTS' INEQUITABLE CONDUCT ALLEGATIONS AS FAILING TO MEET THE PARTICULARITY STANDARDS OF RULE 9(b), F. R. Civ.P.**

I, Philip A. Rovner, declare as follows:

1. I am a member of the law firm of Potter Anderson & Corroon LLP, counsel of record for Plaintiffs Celgene Corporation, Novartis Pharmaceuticals Corporation and Novartis Pharma AG (collectively, "Plaintiffs").

2. I submit this declaration in support of Plaintiffs' Reply Brief In Support Of Their Motion To Strike And Dismiss Defendants' Inequitable Conduct Allegations As Failing To Meet The Particularity Standards of Fed. R. Civ. P. 9(b).

3. Attached hereto as Exhibit A is a true and correct copy of an e-mail from Lester J. Savit, Esq. to John Will Ongman, Esq. dated April 8, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2007

_____
Philip A. Rovner

# EXHIBIT A

**Lester J. Savit/JonesDay**
Extension 37553 (Internal) or (949) 553-7553

04/08/2007 09:32 PM

To: jwo@avhlaw.com
cc: jah@avhlaw.com, hrenk@fchs.com, "Philip Rovner" <provner@potteranderson.com>, ainsogna@jonesday.com, rdwhitlow@jonesday.com
Subject: Celgene/Novartis v. Abrika Case - Delaware - Request to Provide More Particularity in Pleading Re: Inequitable Conduct Allegation

John:
Abrika's Answer and Counterclaims state that the two patents-in-suit are not enforceable because of inequitable conduct. The inequitable conduct allegations, however, are very conclusory and fail to identify the allegedly withheld prior art, the person(s) who purportedly knew of the art and did not disclose it, or the materiality of the art. Hence, these allegations fail to meet the the pleading requirements for Rule 9(b) and must be stricken and dismissed.
In an effort to avoid unnecessary motion practice, Celgene asks that Abrika agree to amend the Answer and Counterclaims to provide more particularity to the pleadings in an attempt to meet the pleading requirements.
As plaintiffs Reply is due in the middle of this week, we request an answer by noon, April 10.
Regards,
Lester J. Savit

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

5/1/2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on May 2, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on May 2, 2007 I have sent the foregoing document by E-mail to the following non-registered participants in the manner indicated:

Jonathan A. Harris, Esq.
Chad A. Landmon, Esq.
Jo-Anne M. Kokoski, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
jah@avhlaw.com;
cal@avhlaw.com; jmk@avhlaw.com

John Will Ongman, Esq.
Axinn, Veltrop & Harkrider LLP
1801 K Street
Suite 411
Washington, DC 20006-1322
jwo@avhlaw.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

768868