**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG, | ) ) ) ) | Civil Action No. 06-741-SLR |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICALS, LLLP, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 2, 2007, true and correct copies of the following

documents were served on the following counsel of record at the addresses and in the manner

indicated:

PLAINTIFF CELGENE CORPORATION'S FIRST SET OF INTERROGATORIES TO
DEFENDANTS ABRIKA PHARMACEUTICALS, INC. AND ABRIKA
PHARMACEUTICALS, LLLP

PLAINTIFF CELGENE CORPORATION'S FIRST SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS ABRIKA
PHARMACEUTICALS, INC. AND ABRIKA PHARMACEUTICALS, LLLP

**BY E-MAIL AND FEDERAL EXPRESS**

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

John Will Ongman, Esq.
Axinn, Veltrop & Harkrider LLP
1801 K Street, Suite 411
Washington, DC 20006-1322
jwo@avhlaw.com

OF COUNSEL:

Anthony M. Insogna
Lester J. Savit
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130-4096
(858) 314-1200

F. Dominic Cerrito
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

*Attorneys for Plaintiff Celgene Corporation*

Dated: May 4, 2007

793130

**BY E-MAIL AND FEDERAL EXPRESS**

Jonathan A. Harris, Esq.
Chad A. Landmon, Esq.
Jo-Anne M. Kokoski, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
jdv@avhlaw.com; jah@avhlaw.com;
cal@avhlaw.com; jmk@avhlaw.com

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
        Philip A. Rovner (#3215)
        Hercules Plaza
        P. O. Box 951
        Wilmington, Delaware 19899
        (302) 984-6000
        provner@potteranderson.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 4, 2007, the within document was

filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to

the following; that the document was served on the following counsel as indicated; and that the

document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on May 4, 2007 I have sent the foregoing document by E-

mail to the following non-registered participants in the manner indicated:

Jonathan A. Harris, Esq.
Chad A. Landmon, Esq.
Jo-Anne M. Kokoski, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
jah@avhlaw.com;
cal@avhlaw.com; jmk@avhlaw.com

John Will Ongman, Esq.
Axinn, Veltrop & Harkrider LLP
1801 K Street
Suite 411
Washington, DC 20006-1322
jwo@avhlaw.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

768868