IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA A.G.,<br><br>Plaintiffs<br>v.<br><br>ABRIKA PHARMACEUTICALS, INC., and ABRIKA PHARMACEUTICAL, LLLP,<br><br>Defendants. | Civil Action No. 06-741 (SLR) |

## NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT

Briefing on plaintiffs' Celgene Corp, Novartis Pharmaceuticals Corp., and Novartis Pharma AG ("Plaintiffs") Motion for a Voluntary Dismissal Without Prejudice (the "Motion") is now complete.

On June 6, 2007, Plaintiffs filed their Motion (D.I. 57), an opening brief (D.I. 58), and a declaration in support thereof (D.I. 59).

On June 20, 2007, Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceutical, LLLP ("Defendants") filed a brief in opposition to Plaintiffs' Motion (D.I. 60) and a declaration in support thereof (D.I. 61).

On June 27, 2007, Plaintiffs filed their reply brief (D.I. 62).

Pursuant to D. Del. LR. 7.1.4, Defendants respectfully request that oral argument on the Motion be held at the convenience of the Court.

                                                Respectfully submitted,

                                                */s/ John M. Seaman*
                                                Andre G. Bouchard (Bar No. 2054)
                                                John M. Seaman (Bar No. 3868)
                                                BOUCHARD MARGULES & FRIEDLANDER, P.A.
                                                222 Delaware Avenue, Suite 1400
                                                Wilmington, DE  19801
                                                Phone: (302) 573-3508
                                                *Attorneys for Defendants*

OF COUNSEL:

John Will Ongman (*pro hac vice*)
AXINN VELTROP & HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Phone: (202) 912-4700

Jonathan A. Harris (*pro hac vice*)
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100


Dated:  June 29, 2007

**CERTIFICATE OF SERVICE**

I, John M. Seaman, hereby certify that on June 29, 2007, I caused to be electronically filed a true and correct copy of the of the foregoing *Notice of Completion of Briefing and Request for Oral Argument* with the Clerk of Court by CM/ECF which will send notification of such filing to the following counsel of record:

> Philip A. Rovner, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801
> *provner@potteranderson.com*

I further certify that on June 29, 2007, I caused copies of the foregoing document to be served by e-mail and by hand on the above-listed counsel and by e-mail and by U.S. Mail on the following non-registered participants.

Anthony M. Insogna, Esquire
Lester J. Savit, Esquire
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
858.314.1200
*aminsogna@jonesday.com*
*ljsavit@jonesday.com*
*nnkallas@jonesday.com*

F. Dominic Cerrito, Esquire
JONES DAY
222 East 41st Street
New York, New York 10017-6702
*fdcerrito@jonesday.com*

Robert L. Baechtold, Esquire
Henry J. Renk, Esquire
Nicholas N. Kallas, Esquire
FITZPATRICK, CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
*rbaechtold@fchs.com*
*hrenk@fchs.com*
*nkallas@fchs.com*

/s/ John M. Seaman
John M. Seaman (#3868) [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302.573.3500
*Attorneys for Defendants Abrika Pharmaceuticals, Inc. and Abrika Pharmaceutical, LLLP*

{BMF-W0060957.}