IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARITIS PHARMA AG,<br><br>    Plaintiffs,<br><br>v.<br><br>ABRIKA PHARMACEUTICALS, INC. and ABRIKA PHARMACEUTICALS, LLLP,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-741-SLR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 18th day of July, 2007, having considered plaintiffs' motion for a voluntary dismissal without prejudice, and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 57) is granted, as the court is not persuaded that the facts of this case warrant an exception to the "first filed rule."[1]

                                                                         _____
                                                                         United States District Judge

---

[1] Although certainly the facts of this case would justify a healthy degree of cynicism regarding plaintiffs' motivation if they oppose an expeditious schedule in the New Jersey case.